**Order entered September 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00789-CV

### DORIS A. HOUSTON, Appellant

### V.

### CITY OF DALLAS, SELF INSURED, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05515-2017**

## ORDER

Before the Court is appellant's September 17, 2018 first motion for extension of time to file brief. The motion recites appellant, who is pro se, has not conferred with opposing counsel.

Because Texas Rule of Appellate Procedure 10.3(a)(1) allows the Court to determine a motion to extend time to file a brief without holding the motion for ten days to allow for a response, we **GRANT** the motion and **ORDER** the brief be filed no later than October 17, 2018. All further motions shall contain a certificate of conference "stating that the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and whether those parties oppose the motion." *See* TEX. R. APP. P. 10.1(a)(5).

/s/    DAVID EVANS
        JUSTICE